## (January 20, 1976)

■ SARA LANDIS, Respondent, v CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Appellant.—Order, Supreme Court, New York County, entered on May 30, 1975, unanimously affirmed for the reasons stated by Spiegel, J., at Individual Calendar Part I, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Murphy, Birns, Capozzoli and Nunez, JJ.

■ UNIVERSAL EDUCATION INC., Respondent, v CEYLON LSG. Co., Appellant.—Order, Supreme Court, New York County, entered on March 20, 1975, unanimously affirmed for the reasons stated at Special Term by Saypol, J., without costs and without disbursements. No opinion. Concur—Stevens, P. J., Murphy, Birns, Capozzoli and Nunez, JJ.

■ JOSEPH A. RUSKAY, Appellant, v PPG INDUSTRIES, INC., Defendant, and GEORGE F. BENNETT et al., Respondents.—Order and judgment, Supreme Court, New York County, entered on August 9 and September 3, 1974, unanimously affirmed for reasons stated by Asch, J., at Special Term, and that the respondents recover of the appellant one bill of $60 costs and disbursements of these appeals. No opinion. Concur—Stevens, P. J., Murphy, Birns, Capozzoli and Nunez, JJ.

■ In the Matter of ABRAHAM SILVER et al., Petitioners, v NEW YORK CITY HOUSING AUTHORITY, Respondent.—Proceeding to review the determination of respondent, dated May 24, 1973, unanimously dismissed as moot, without costs and without disbursements. If we were not dismissing, we would confirm the determination of the authority. No opinion. Concur—Kupferman, J. P., Lupiano, Silverman, Lane and Nunez, JJ.

■ BERNHARD P. TAKACS, an Infant, by His Mother and Natural Guardian, RITA TAKACS, et al., Respondents, v FOOD STOP MARKETS, INC., et al., Appellants.—Order, Supreme Court, New York County, entered on December 9, 1974, unanimously affirmed on the opinion of Fein, J., at Special Term. Respondents shall recover of appellants $60 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Kupferman, Birns, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REBECCA MILLER, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 17, 1975, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, Bronx County, which shall direct defendant to surrender herself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Stevens, P. J., Kupferman, Birns, Capozzoli and Lane, JJ.